UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| CATHY SUE GOODALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:17-cv-00066 |
| | ) CHIEF JUDGE CRENSHAW |
| COMMISSIONER, SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 12) in which the Magistrate Judge recommends denying the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 9) and affirming the final decision of the Social Security Administration. Plaintiff has not timely filed any objection to the Report and Recommendation despite specific warnings regarding waiver that were provided in the Report and Recommendation. The Court has carefully reviewed the thorough Report and Recommendation and agrees with the Magistrate Judge's conclusion that there is no error that would necessitate remand in this case. Accordingly, the Report and Recommendation (Doc. No. 12) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 9) is **DENIED** and the final decision of the Social Security Administration is **AFFIRMED**. The Clerk shall issue a final judgment under the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE